UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 17, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00214-WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JIOVANNI ELEAZAR PACO | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JIOVANNI ELEAZAR PACO</u> Case No. <u>2:23-cr-00214-WBS</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
| X | Bail Posted in the Sum of $ 75,000.00 |
| X | Unsecured Appearance Bond $ 50,000.00 co-signed by Luz Maria Paco |
|   | Appearance Bond with 10% Deposit |
| X | Secured Appearance Cash Bond $25,000.00 by Freddy Paco |
|   | Corporate Surety Bail Bond |
| X | (Other): <u>Defendant to be released 8:30 AM on 4/18/2024.</u> |

Issued at Sacramento, California on April 17, 2024 at 3:30 PM

By:  *Allison Claire*

Magistrate Judge Allison Claire