PHILLIP A. TALBERT
United States Attorney
DAVID SPENCER
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>                         v.<br><br>JIOVANNI ELEAZAR PACO, and<br>CARLOS DANIEL GASTELUM<br>BUSTAMANTE,<br><br>                                  Defendants. | CASE NO.  2:23-CR-214-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 30, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      This matter was set for status conference before the Honorable William B. Shubb on September 30, 2024.  Time has been excluded through and including September 30, 2024, as to all of the above-captioned defendants.

2.      By this stipulation, the parties request to continue the status conference to November 4, 2024, at 9:00 a.m., and to exclude time between September 30, 2024, and November 4, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 4,698 pages of documents, numerous photographs, lab reports, criminal history reports, multiple video

1    and audio recordings, and other material.  All of this discovery has been either produced directly

2    to counsel and/or made available for inspection.

3         b)    Counsel for defendants desire additional time to consult with their respective

4    clients, review the charges, conduct investigation and research related to the charges, review the

5    discovery, discuss potential resolutions with their respective clients, prepare pretrial motions, and

6    otherwise prepare for trial.  Counsel for defendants believe that failure to grant the above-

7    requested continuance would deny them the reasonable time necessary for effective preparation,

8    taking into account the exercise of due diligence.

9         c)    Counsel for defendants believe that failure to grant the above-requested

10   continuance would deny them the reasonable time necessary for effective preparation, taking into

11   account the exercise of due diligence.

12        d)    The government does not object to the continuance.

13        e)    Based on the above-stated findings, the ends of justice served by continuing the

14   case as requested outweigh the interest of the public and the defendant in a trial within the

15   original date prescribed by the Speedy Trial Act.

16        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

17   et seq., within which trial must commence, the time period of September 30, 2024 to November

18   4, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

19   Code T4] because it results from a continuance granted by the Court at defendant's request on

20   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

21   best interest of the public and the defendant in a speedy trial.

22   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

23   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

24   must commence.

25   ///

26   ///

27   ///

28   ///

1    IT IS SO STIPULATED.

2                                                    Respectfully Submitted,

3    Dated:  September 25, 2024                      PHILLIP A. TALBERT
                                                     United States Attorney
4

5                                              By:   /s/ DAVID W. SPENCER
                                                     DAVID W. SPENCER
6                                                    Assistant United States Attorney

7
     Dated:  September 25, 2024                      /s/ MICHAEL E. HANSEN
8                                                    MICHAEL E. HANSEN
                                                     Counsel for Defendant
9                                                    Jiovanni Eleazar Paco

10
     Dated:  September 25, 2024                      /s/ NOA OREN
11                                                   NOA OREN
                                                     Assistant Federal Defender
12                                                   Counsel for Defendant
                                                     Carlos Daniel Gastelum Bustamante
13

14
                               **ORDER**
15
     IT IS SO FOUND AND ORDERED.
16

17
     Dated:  September 26, 2024      _William B. Shubb_____
18                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME         3
PERIODS UNDER SPEEDY TRIAL ACT