ERIC GRANT
United States Attorney
DAVID SPENCER
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-214-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JIOVANNI ELEAZAR PACO, | DATE: August 18, 2025 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

1.      This matter was set for status conference before the Honorable William B. Shubb on August 18, 2024.  Time has been excluded through and including August 18, 2025.

2.      By this stipulation, the parties request to continue the status conference to **November 10, 2025 at 10:00 a.m.**, and to exclude time between August 18, 2025, and November 10, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 4,698 pages of documents, numerous photographs, lab reports, criminal history reports, multiple video and audio recordings, and other material.  All of this discovery has been either produced directly to counsel and/or made available for inspection.

b)       Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with his client, prepare pretrial motions, and otherwise prepare for trial.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2025 to November 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  August 12, 2025                              ERIC GRANT
                                                     United States Attorney


                                          By:  /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
                                               Assistant United States Attorney


Dated:  August 12, 2025                          /s/ MICHAEL E. HANSEN
                                                 MICHAEL E. HANSEN
                                                 Counsel for Defendant
                                                 Jiovanni Eleazar Paco

1

2                                    **ORDER**

3          IT IS SO FOUND AND ORDERED.

4   Dated:  August 13, 2025

5                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28