ERIC GRANT
United States Attorney
DAVID SPENCER
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-214-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JIOVANNI ELEAZAR PACO, | DATE: March 2, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

1.      This matter was set for status conference before the Honorable William B. Shubb on March 2, 2026. Time has been excluded through and including March 2, 2026.

2.      By this stipulation, the parties request to continue the status conference to **April 13, 2026, at 10:00 a.m.,** and to exclude time between March 2, 2026, and April 13, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 4,698 pages of documents, numerous photographs, lab reports, criminal history reports, multiple video and audio recordings, and other material. All of this discovery has been either produced directly to counsel and/or made available for inspection.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with his client, prepare pretrial motions, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2026 to April 13, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  February 25, 2026                 ERIC GRANT
                                          United States Attorney


                                    By:  /s/ DAVID W. SPENCER
                                         DAVID W. SPENCER
                                         Assistant United States Attorney


Dated:  February 25, 2026                /s/ MICHAEL E. HANSEN
                                         MICHAEL E. HANSEN
                                         Counsel for Defendant
                                         Jiovanni Eleazar Paco

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 26, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3